1050

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RAYMOND LANSDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-1-00580-1, James P. Hutton, J., entered July 6, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.

SARAH SPENCE, *Respondent*, v. MICHAEL S. KAMINSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 99-2-00195-0, Jack Burchard, J., entered June 15, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J. Now published at 103 Wn. App. 325.

THE STATE OF WASHINGTON, *Respondent*, v. JODIE LEE KOERNER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-00707-0, Robert D. Austin, J., entered November 2, 1998. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Schultheis and Kato, JJ.

MICHAEL J. DURALL, *Respondent*, v. STEVE L. SIMON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-2-00542-3, C. James Lust, J., entered August 25, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.